UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RUBEN E. TRUCCO, | Case No. 2:15-cv-01822-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Ruben E. Trucco and Bank of America National Association (Dkt. #12), Notice of Settlement Between Ruben E. Trucco and Equifax Information Services, LLC (Dkt. #13), and Notice of Settlement Between Ruben E. Trucco and Seterus, Inc. (Dkt. #14). The parties advise that a settlement has been reached and that stipulations to dismiss should be filed no later than December 27, 2015. Accordingly,

**IT IS ORDERED** that all parties shall have until **December 27, 2015,** to file stipulations to dismiss, or a joint status reports advising when the stipulations to dismiss will be filed.

DATED this 17th day of November, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE