1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

Ruben E. Trucco,

          Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, SETERUS, INC., EQUIFAX INFORMATION SERVICES, LLC,

          Defendants.

Case No. 2:15-cv-01822-APG-PAL

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY**

    Plaintiff Ruben E. Trucco and Equifax hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with

…

…

…

…

…

…

…

Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax Information Services, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:          December 15, 2015

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bradley T. Austin, Esq.
Bradley T. Austin, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2015