David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| Ruben E. Trucco, | ) **Case No. 2:15-cv-01822-APG-PAL** <br>) <br>) <br>) |
| Plaintiff, | ) <br>) **STIPULATION AND ORDER** |
| v. | ) **DISMISSING ACTION WITH** <br>) **PREJUDICE AS TO <u>SETERUS,</u>** <br>) **<u>INC. ONLY</u>** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, SETERUS, INC., EQUIFAX INFORMATION SERVICES, LLC, | ) <br>) <br>) <br>) <br>) |
| Defendants. | ) |

Plaintiff Ruben E. Trucco and SETERUS, INC. hereby stipulate and agree

that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SETERUS, INC.**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:          January 7, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Rock K. Jung, Esq.
Rock K. Jung, Esq.
Wright, Finlay & Zak
*Attorney for Defendant Seterus*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____January 8, 2016_____